**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| RONALD JONES, JR., as Special Administrator for the Estate of Kejuan Dickens, deceased, *et al.*, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 08 CV 4657 |
| CHICAGO DRUM, INC.; INDUSTRIAL CONTAINERS SERVICES, LLC; INDUSTRIAL CONTAINER SERVICES-IL, LLC; IFCO SYSTEMS ILLINOIS, INC.; IFCO SYSTEMS NORTH AMERICA, INC.; DRUM HOLDING COMPANY, INC.; ESP REALTY CORP., INC.; ELLIOT S. PEARLMAN; BASF CORPORATION; SUN CHEMICAL CORPORATION; 3M COMPANY; EXXONMOBIL OIL CORPORATION; MOBIL PLASTICS RECYCLING CORP.; EXXON MOBIL OIL CORPORATION; MOBIL CORPORATION; MOBIL CHEMICAL COMPANY, INC.; DEWITT BARRELS, INC.; and THE SHERWIN-WILLIAMS COMPANY; | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | Judge Kendall  Magistrate Judge Cole |
| Defendants. | ) ) | |

**MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant 3M Company ("3M") respectfully moves this Court for an extension of time to answer or otherwise plead in response to plaintiffs' Second Amended Complaint, removed to this Court on August 15, 2008 from the Circuit Court of Cook County, Illinois. In support of this motion, 3M respectfully states as follows:

1. 3M was a named defendant in a civil action pending in the Circuit Court of Cook County, Illinois, County Department, Law Division styled as *Jones, et al. v. Chicago Drum, Inc., et al.* and docketed as No. 07 L 003624 (the "State Court Action").

2. In the State Court Action, plaintiffs allege that they and their decedents lived and/or worked in the vicinity of the Acme Barrel drum reconditioning plant in Chicago during various periods over the last several decades (Acme Barrel is now known as Chicago Drum, Inc.). Plaintiffs further allege that they and/or their decedents suffered physical ailments and died as a result of their alleged exposure to hazardous emissions from that facility. In addition to naming Acme Barrel (*i.e.*, Chicago Drum) and its alleged owners as defendants, plaintiffs have also named some of Acme Barrel's former customers that shipped containers to Acme Barrel for reconditioning and refurbishing, including 3M. Plaintiffs allege those containers illegally contained hazardous or toxic chemicals when they were shipped to Acme Barrel, which Acme Barrel allegedly caused to be released into the environment.

3. On August 1, 2008, plaintiffs filed a Second Amended Complaint that added new causes of action that allege defendants "unlawfully conspired to violate 42 U.S.C. § 6901 et seq.," the federal Resource Conservation and Recovery Act of 1976 (RCRA).

4. On August 15, 2008, 3M timely removed the State Court Action to this Court pursuant o 28 U.S.C. §§ 1331, 1441, and 1446.

5. No defendant has yet answered or otherwise pled/moved in response to the Second Amended Complaint. Under Fed. R. Civ. P. 81(c)(2), a defendant who did not answer before removal must answer or present other defenses or objections within 20 days after receiving the complaint, 20 days after being served with the summons for an initial pleading, or 5 days after the notice of removal is filed, which ever is longest.

6. 3M respectfully requests that 3M and all defendants be granted a sixty-day extension, or until October 21, 2008, within which to Answer or otherwise plead in response to the Second Amended Complaint. Good cause exists for such an extension. This case is one of three related cases filed on behalf of 77 plaintiffs asserting the exact same claims against 19 defendants in the Circuit Court of Cook County. All of these cases, which were consolidated for discovery in the State court, were timely removed on August 15, 2008. Collectively, the latest amended complaints in these cases span 1971 pages and include 1390 separate counts. The Second Amended Complaint in this case, asserted on behalf of 29 plaintiffs, spans 754 pages and includes 523 counts. Responding to this and the related complaints will be a time-consuming endeavor.

7. Given the voluminous nature of the anticipated Second Amended Complaint and those in the related cases, agreed orders were entered on July 24, 2008 in the Circuit Court of Cook County in the State Court Action providing that no defendant was required to Answer or otherwise plead in response to the Second Amended Complaint or the amended complaints in the related cases pending further order of the Court. Copies of the agreed orders are attached as Exhibit A.

8. Prior to filing this motion, counsel for 3M telephoned two attorneys representing plaintiffs seeking plaintiffs' agreement to the extension sought in this motion, just as plaintiffs had agreed to the orders attached as Exhibit A. Neither of plaintiffs' attorneys returned 3M's call prior to filing.

WHEREFORE, 3M Company respectfully requests that 3M and all defendants be granted an extension of time, until October 21, 2008, within which to Answer or otherwise plead in response to plaintiffs' Second Amended Complaint.

Dated: August 18, 2008

Respectfully submitted,

/s/ James J. Boland
Mark S. Lillie, P.C.
James J. Boland
Benjamin W. Hulse
Kirkland & Ellis LLP
200 East Randolph Drive
Chicago, Illinois  60601
(Firm No. 90443)
Phone: (312) 861-2000
Fax: (312) 861-2200
*Attorneys for Defendant 3M Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 18th day of August, 2008, he electronically filed the foregoing documents with the Clerk of the Court using the CM/ECF system. The undersigned further certifies that a true and correct copy of the foregoing document has been served on the following counsel by messenger (or electronic mail and federal express, as indicated) on this the 18th day of August, 2008:

Louis C. Cairo
Colin O'Malley
GOLDBERG, WEISMAN & CAIRO, LTD.
One East Wacker Drive, 34th Floor
Chicago, IL 60601
*Attorneys for Plaintiffs*

Francis P. Kasbohm
Michael A. Knobloch
FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM
55 West Monroe Street, Suite 3400
Chicago, IL 60603
*Attorney for Plaintiffs*

Thomas A. Andreoli
Stefanie R. Glover
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
233 South Wacker Drive
Chicago, IL 60606
*Attorneys for Sun Chemical Corp.*

Brian J. Masternak
WARNER NORCROSS & JUDD
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
*Attorney for DeWitt Barrels, Inc.*
By Electronic Mail and Federal Express

J. Patrick Herald
Douglas B. Sanders
Michael McCutcheon
BAKER & MCKENZIE LLP
One Prudential Plaza
130 East Randolph Drive
Chicago, IL 60601
*Attorneys for Chicago Drum, Inc., Illinois Drum, Inc., Drum Holding Company, Inc., Elliot Pearlman, IFCO Systems North America, Inc., Industrial Containers Systems, LLC, Industrial Container Systems – IL, LLC*

Michael A. Pope, P.C.
Peter Schutzel
McDERMOTT, WILL & EMERY
227 West Monroe Street
Chicago, IL 60606
*Attorneys for BASF and ExxonMobil*

Carol Hogan
Angela M. Muccino
JONES DAY
77 West Wacker Drive
Suite 3500
Chicago, IL 60601-1692
*Attorneys for Sherwin-Williams Co*

/s/James J. Boland

5

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| BOBBY GILES, individually, and, as special administrator of the estate of JANNIE GILES, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | No. 03 L 006944 |
| v. | ) ) ) | Judge John B. Grogran |
| ACME BARREL COMPANY, INC., *et al.* | ) ) | |
| Defendants | ) | |

### AGREED ORDER

Pursuant to the agreement of the parties and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. Plaintiff shall file an Amended Complaint on or before August 1, 2008;

2. Defendants' obligation to answer or otherwise plead in response to any Amended Complaint is stayed pending further order of the Court;

3. A further status is set for August 26, 2008, at 9:30 a.m. Assoc. Judge John B. Grogan

ENTER

JUL 24 2008

Circuit Court - 1566

_____

JUDGE


KIRKLAND & ELLIS LLP
Firm No. 90443
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (Telephone)
(312) 861-2200 (Facsimile)

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | | |
|---|---|---|
| MARY E. TUFF, as Special Administratrix for the Estate of Douglas Tuff, Deceased, *et al.* | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 03 L 006225 |
| v. | ) ) | Judge John B. Grogran |
| CHICAGO DRUM, INC., (f/k/a IFCO ICS-Chicago, Inc., IFCO Systems Chicago, Inc., Acme Barrel Company, Inc.), *et al.* | ) ) ) ) | |
| Defendants | ) | |
| RONALD JONES JR., Special Administrator for the Estate of KEJUAN DICKENS, Deceased, *et al.* | ) ) ) ) | |
| Plaintiffs, | ) ) | No. 07 L 003624 |
| v. | ) ) | |
| CHICAGO DRUM, INC., (f/k/a Acme Barrel Company, Inc., IFCO ICS-Chicago, Inc., IFCO Systems Chicago, Inc.), *et al.* | ) ) ) ) ) | |

## **AGREED ORDER**

Pursuant to the agreement of the parties and the Court being fully advised in the premises, IT IS HEREBY ORDERED:

1. The status hearing set for July 24, 2008 is stricken;

2. Plaintiffs' Motion for Leave to File Amended *Tuff* and *Jones* Complaints is granted;

3. Amended Complaints shall be filed on or before August 1, 2008;

4. Defendants' obligation to answer or otherwise plead in response to any Amended Complaints is stayed pending further order of the Court;

5. By agreement of the parties, discovery, including oral discovery, shall reopen on September 1, 2008;

6. Plaintiffs' Motion to Modify Case Management Order to Allow Oral Discovery is denied without prejudice as moot;

7. Any motions to compel based on previously-served discovery requests shall be filed by September 18, 2008;

8. All other pending motions are entered and continued;

9. A further status is set for August 26, 2008, at 9:30 a.m.

ENTER Assoc. Judge John B. Grogan

JUL 24 2008

JUDGE Circuit Court - 1566

KIRKLAND & ELLIS LLP
Firm No. 90443
200 East Randolph Drive
Chicago, IL 60601
(312) 861-2000 (Telephone)
(312) 861-2200 (Facsimile)