# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| RONALD JONES, JR., as Special Administrator for the Estate of Kejuan Dickens, deceased, et al.,<br><br>v.<br><br>CHICAGO DRUM, INC.; INDUSTRIAL CONTAINERS SERVICES, LLC; INDUSTRIAL CONTAINER SERVICES-IL, LLC; IFCO SYSTEMS ILLINOIS, INC.; IFCO SYSTEMS NORTH AMERICA, INC.; DRUM HOLDING COMPANY, INC.; ESP REALTY CORP., INC.; ELLIOT S. PEARLMAN; BASF CORPORATION; SUN CHEMICAL CORPORATION; 3M COMPANY; EXXONMOBIL OIL CORPORATION; MOBIL PLASTICS RECYCLING CORP.; EXXON MOBIL OIL CORPORATION; MOBIL CORPORATION; MOBIL CHEMICAL COMPANY, INC.; DEWITT BARRELS, INC.; and THE SHERWIN-WILLIAMS COMPANY | Case Number:<br><br>08 C 4657<br><br>Judge Kendall |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
SUN CHEMICAL CORPORATION

| |
|---|
| NAME (Type or print)<br>Thomas A. Andreoli |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>     s/   Thomas A. Andreoli |
| FIRM<br>SONNENSCHEIN NATH & ROSENTHAL LLP |
| STREET ADDRESS<br>7800 Sears Tower, 233 South Wacker Drive |
| CITY/STATE/ZIP<br>Chicago, IL 60606 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6242429 | 312-876-8000 |

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

American LegalNet, Inc.
www.USCourtForms.co