# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                                               Case Number: 08 CV 4657

Ronald Jones, Jr., as Special Administrator for the Estate of
Kejuan Dickens, deceased, et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Chicago Drum, Inc., Drum Holding Company, Inc., Elliot Pearlman, IFCO Systems North America, Inc., Industrial Containers Services, LLC, Industrial Container Services - IL, LLC, Defendants

| |
|---|
| NAME (Type or print) <br> J. Patrick Herald |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ J. Patrick Herald |
| FIRM <br> Baker & McKenzie LLP |
| STREET ADDRESS <br> One Prudential Plaza, 130 E. Randolph Drive, Suite 3500 |
| CITY/STATE/ZIP <br> Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 1195719 | TELEPHONE NUMBER <br> (312) 861-2830 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐