U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                         Case Number: 08 CV 4657

RONALD JONES, JR., as Special Administrator for the Estate of Kejuan Dickens, Deceased; et al.,

vs.

CHICAGO DRUM, INC., et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant BASF Corporation

| |
|---|
| NAME (Type or print) <br> **Michael A. Pope** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> **s/ Michael A. Pope** |
| FIRM <br> **McDermott Will & Emery LLP** |
| STREET ADDRESS <br> **227 West Monroe Street** |
| CITY/STATE/ZIP <br> **Chicago, IL  60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> **02232464** | TELEPHONE NUMBER <br> **312.372.2000** |
|---|---|

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   **Y** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   **N** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   **Y** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   **Y** |
| IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE. <br> RETAINED COUNSEL                          APPOINTED COUNSEL |