# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | Case Number: 08 CV 4657 |

RONALD JONES, JR., as Special Administrator for the Estate of Kejuan Dickens, Deceased; et al.,

vs.

CHICAGO DRUM, INC., et al.,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Defendant Exxon Mobil Corporation a/k/a and d/b/a Mobil, Mobil Chemical Company, Inc., Mobil Corporation, Mobil Plastics Recycling Corp., Exxonmobil Oil Corporation, Exxon Corporation, Exxonmobil Chemical Company, Exxon Exploration Company, Exxonmobil Fuels Marketing Company, Exxonmobil Gas & Power Marketing Company, Exxonmobil Lubricants & Petroleum Specialties Company, Exxonmobil Refining & Supply Company, Southwest Grease, Southwest Grease Products; Mobil Plastics Recycling Corp., d/b/a Mobil; Exxonmobil Oil Corporation d/b/a Mobil; Mobil Corporation d/b/a Mobil; Mobil Chemical Company, Inc., d/b/a Mobil

| |
|---|
| NAME (Type or print) |
| **Michael A. Pope** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| **s/ Michael A. Pope** |
| FIRM |
| **McDermott Will & Emery LLP** |
| STREET ADDRESS |
| **227 West Monroe Street** |
| CITY/STATE/ZIP |
| **Chicago, IL 60606** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **02232464** | **312.372.2000** |

| |
|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? (Enter "Y" or "N")   **Y** |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? (Enter "Y" or "N")   **N** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? (Enter "Y" or "N")   **Y** |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? (Enter "Y" or "N")   **Y** |

IF THIS IS A CRIMINAL CASE, USE AN "X" TO DESCRIBE YOUR STATUS IN THIS CASE.

RETAINED COUNSEL                    APPOINTED COUNSEL