UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RONALD JONES, JR., as Special Administrator for the Estate of Kejuan Dickens, Deceased, et al.,<br><br>   Plaintiffs,<br><br>   vs.<br><br>CHICAGO DRUM, INC.; et al.,<br><br>   Defendants. | No. 08 CV 4657<br><br>Judge Kendall<br><br>Magistrate Judge Cole |

### NOTICE OF FILING

TO: See attached Service List

  PLEASE TAKE NOTICE that on August 19, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois: **Appearances on behalf of Defendant BASF Corporation.**

True and correct copies of which are attached hereto and served upon you herewith.

          By: /s/ Peter M. Schutzel
             One of Its Attorneys

             Michael A. Pope
             Peter M. Schutzel
             Rachael L. Mamula
             McDermott, Will & Emery LLP
             227 West Monroe Street
             Chicago, IL  60606

Dated:  August 19, 2008

## **CERTIFICATE OF SERVICE**

  I, Peter M. Schutzel, an attorney, certify that I caused the foregoing documents to be electronically filed with the Clerk of the Court using the CM/ECF system.  The undersigned further certifies that a true and correct copy of the foregoing document has been served on the following counsel by mail (or Federal Express, as indicated) on this 19th day of August, 2008:

| | |
|---|---|
| Louis C. Cairo<br>Colin O'Malley<br>GOLDBERG, WEISMAN & CAIRO, LTD.<br>One East Wacker Drive<br>34th Floor<br>Chicago, IL  60601<br>*Attorneys for Plaintiffs* | Francis P. Kasbohm<br>Michael A. Knobloch<br>FRATERRIGO, BERANEK, FEIEREISEL & KASBOHM<br>55 West Monroe Street<br>Suite 3400<br>Chicago, IL  60603<br>*Attorneys for Plaintiffs* |
| Mark S. Lillie, P.C.<br>James J. Boland<br>Benjamin W. Hulse<br>KIRKLAND & ELLIS LLP<br>200 East Randolph Drive<br>Chicago, IL  60601<br>*Attorneys for Defendant 3M Company* | Thomas A. Andreoli<br>Stefanie R. Glover<br>SONNENSCHEIN NATH & ROSENTHAL LLP<br>8000 Sears Tower<br>233 South Wacker Drive<br>Chicago, IL  60606<br>*Attorneys for Sun Chemical Corp.* |
| J. Patrick Herald<br>Douglas B. Sanders<br>Michael McCutcheon<br>BAKER & McKENZIE LLP<br>One Prudential Plaza<br>130 East Randolph Drive<br>Chicago, IL  60601<br>*Attorneys for Chicago Drum, Inc., Illinois Drum, Inc., Drum Holding Company, Inc., Elliot Pearlman, IFCO Systems North America, Inc., Industrial Containers Systems, LLC, Industrial Container Systems – IL, LLC* | Carol Hogan<br>Angela M. Muccino<br>JONES DAY<br>77 West Wacker Drive<br>Suite 3500<br>Chicago, IL  60601-1692<br>*Attorneys for Sherwin-Williams Co.* |

Brian J. Masternak
WARNER NORCROSS & JUDD
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI  49503-2487
*Attorney for DeWitt Barrels, Inc.*
By Electronic Mail and Federal Express

                                                                             /s/ Peter M. Schutzel
                                                                                 Peter M. Schutzel

CHI99 5018156-1.033181.0017