## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

Date:  8/20/08                                  Case No. 08-CV-4657

Case Title:                                     Judge:  Virginia Kendall
    Jones et al v. Chicago Drum Inc.

## NOTICE OF CORRECTION

**The following error was found in document no.**  32

- ✓ The document has been filed in the incorrect case.
- ☐ The document is filed in the correct case, but the case number and case title do not match.
- ☐ The incorrect document (PDF file) was linked to the entry
- ☐ The incorrect file date was entered.
- ☐ The incorrect type of event was used to describe the document.
- ☐ The title of the document does not match the text of the entry.
- ☐ The entry is a duplicate of entry no.
- ☐ Other:

**Corrective action taken by the Clerk:**

- ✓ The text of the entry has been edited and the PDF file has been replaced.
- ☐ The following notation has been added to the text of the entry: (*Linked document has the incorrect case title or linked document has the incorrect case number*.)
- ☐ The correct document (PDF file) has been linked to the entry.
- ☐ The file date has been corrected.
- ☐ The text of the entry has been edited.
- ☐ The text of the entry has been edited to read "Duplicate filing of document number."
- ☐ Other:

**Corrective action required by the filer:**

- ☐ The document must be refiled.
- ☐ Other:

                                  Michael W. Dobbins, Clerk of Court

                By:   s/ Carmen Acevedo
                                Deputy Clerk

NDIL (10/05) Notice of Correction