FK-01218/ESH/ms
W:\Cases\01218jes\DocNote\20080821_nof.jones.doc

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

FILED
AUG 21 2008 YM
Aug 21, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT.

| | |
|---|---|
| RONALD JONES, JR., as Special Administrator For the Estate of Kejuan Dickens, Deceased, et al., )<br><br>Plaintiffs, )<br><br>v. )<br><br>CHICAGO DRUM, INC.; et al., )<br><br>Defendants ) | No. 08 CV 4657<br><br>Judge Anderson<br><br>Magistrate Judge Nolan |

## NOTICE OF FILING

To:   see attached service list

PLEASE TAKE NOTICE that on *August 21, 2008*, we filed with the Clerk of the United States District Court for the Northern District of Illinois: Appearances on behalf of Plaintiff, RONALD JONES, JR., as Special Administrator for the Estate of Kejuan Dickens, Deceased, et al.

s/ _____
One of Its Attorneys

Frank P. Kasbohm
Michael A. Knobloch
Eric S. Havens
**FRATERRIGO, BERANEK,
FEIEREISEL & KASBOHM**
55 West Monroe Street, Suite 3400
Chicago, IL 60603
(312) 782-9255
Firm Id. #175188

## CERTIFICATION OF SERVICE

The undersigned, being one of the attorneys of record for the party hereinbefore designated, hereby certifies that on August 21, 2008, caused to be filed and mailed and served a copy of the foregoing on all attorneys of record to whom this notice is addressed, said mailing having been made by placing a copy in an envelope properly addressed with postage paid and depositing same in the U.S. Mail at 55 West Monroe, Chicago, Illinois on the date aforesaid.

s/ _____

## SERVICE LIST

Mr. J. Patrick Herald
Mr. Douglas B. Sanders
Mr. Michael McCutcheon
BAKER & MCKENZIE
One Prudential Plaza
130 East Randolph
Chicago, Illinois 60601
312/861-8000
312/861-2898/Fax
*Attorneys for Defendants Drum Holding Company, Inc., Chicago Drum, Inc., IFCO Systems N.V., IFCO Systems North America, Inc., IFCO Systems Illinois, Inc., IFCO Industrial Container Systems Inc. IFCO Systems Chicago, Inc. Cardinal Investment Co., Industrial Container Services, LLC, Industrial Container Services Chicago, LLC, Industrial Container Services-IL, LLC, Illinois Drum, Inc., Palex Inc., Palex Container Systems, Meyer Industrial Container, LLC, and Elliot Pearlman*

Mr. Mark S. Lillie, P.C.
Mr. James J. Boland
Mr. Benjamin W. Hulse
KIRKLAND & ELLIS, LLP
200 E. Randolph Drive
Chicago, Illinois 60601
312/861-2000
312/861-2200/Fax
*Attorneys for Defendant 3M Company*

Mr. Michael A. Pope
Mr. Peter M. Schutzel
Ms. Rachael L. Mamula
MCDERMOTT, WILL & EMERY
227 W. Monroe Street
Chicago, Illinois 60606-5096
312/372-2000
312/984-7700/Fax
*Attorneys for Defendants BASF and Exxon Mobil*

Ms. Carol A. Hogan
Ms. Angela M. Muccino
JONES DAY
77 W. Wacker Drive
Suite 3500
Chicago, Illinois 60601-1692
312/782-3939
312/782-8585/Fax
*Attorneys for Defendant Sherwin Williams Company*

Mr. Thomas A. Andreoli
Ms. Stefanie R. Glover
SONNENSCHEIN NATH & ROSENTHAL LLP
8000 Sears Tower
Chicago, Illinois 60606
312/876-8000
312/876-7934/Fax
*Attorneys for Defendant Sun Chemical Corp.*

Mr. Brian J. Masternak
WARNER, NORCROSS & JUDD
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503-2487
616/752-2205
616/222-2205/Fax
*Attorneys for Defendant Dewitt Barrels, Inc.*

# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case Number: 08-CV-4657

Ronald Jones, Jr., as Special Administrator for the Estate of
Kejuan Dickens, Deceased, et al. v. Chicago Drum, Inc., et al.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiffs Ronald Jones, Jr., as Special Administrator for the Estate of Kejuan Dickens, Deceased, et al.

FILED
Aug 21, 2008
AUG 21 2008  YM

| NAME (Type or print) | |
|---|---|
| Eric Scott Havens | MICHAEL W. DOBBINS<br>CLERK, U.S. DISTRICT COURT |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ |

| FIRM |
|---|
| Fraterrigo, Beranek, Feieriesel & Kasbohm |

| STREET ADDRESS |
|---|
| 55 W. Monroe Street, Suite 3400 |

| CITY/STATE/ZIP |
|---|
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6291221 | (312) 782-9255 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ | NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐ | NO ☑ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐          APPOINTED COUNSEL ☐